WILLIAM A. HADDEN et al., Respondents, *v.* JEREMIAH W. DIMICK, Appellant.

(Argued September 21, 1871; decided January term, 1872.)

ACTION to recover damages for breach of contract. Verdict ordered by the court for plaintiffs. Reversed upon the ground that there was some evidence tending to show a parol waiver of the contract by plaintiffs, which should have been submitted to the jury; and, if they found such waiver, plaintiffs would be estopped from claiming a non-performance.

*William G. Choate* for the appellant.

*John Slosson* for the respondents.

EARL, C., reads for reversal.

All concur; LEONARD, C., not sitting.

Judgment reversed and new trial granted, costs to abide event.